# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:06-CR-133-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | **ORDER** |
| | ) | **UNDER SEAL** |
| RICHARD BARTON COLEMAN, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Application To File His Motion To Extend Time For Filing Motions Under Seal" (Document No. 14), "Defendant's Application To File His Motion To Request Competency Evaluation Under Seal" (Document No. 15), and "Defendant's Application To File His Notice Of Intent To Use Defense Of Insanity Under Seal" (Document No. 16), all filed by the Defendant, Richard Barton Coleman, on January 10, 2009. Neither the Government nor any third party has filed a response in opposition to the motions, and the motions are now ripe for decision.

The Court has carefully considered this matter in light of prevailing Fourth Circuit law and the district's local rules and makes the following observations. The time for a response in opposition to these motions has run, and no party has filed any pleading in opposition. The Court has reviewed the documents sought to be sealed – which deal in part with Defendant's mental health – and determines that the documents contain sensitive information which ought not to be publicly known. In addition, the Court in its discretion believes that there are no less drastic alternatives at this time to sealing these particular documents. Thus, as to each of these motions, the Court will grant the motion and direct that the documents of concern be deemed sealed by the Clerk.

**SO ORDERED**.

Signed: January 27, 2009

David C. Keesler
United States Magistrate Judge